UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$23,850.00 U.S. CURRENCY,<br><br>DAN WESSON FIREARMS, CHARLES DALY, HP 9 MM PISTOL, SN: HPM0416,<br><br>and,<br><br>APPROXIMATELY 55 ROUNDS OF AMMUNITION,<br><br>    Defendants. | No. CV-13-0079-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO EXPEDITE, *INTER ALIA*, AS MOOT AND DIRECTING THE CLERK'S OFFICE TO RE-FILE IN CASE NO. CR-11-0109-RMP** |

Before the Court are a series of motions filed by *pro se* Defendant Angel Vera Campos. *See* ECF No. 10. Although filed in the above-captioned cause number, the Court has determined, after an initial review, the motions actually relate to cause number CR-11-0109-RMP.

As such, the Court **denies** the motion as moot, and **directs** the Clerk's Office to re-file Defendant Campos' Motions in Case No. CR-11-0109-RMP.

///

///

///

**ORDER DENYING DEFENDANT'S MOTION TO EXPEDITE, *INTER ALIA*, AS MOOT AND DIRECTING THE CLERK'S OFFICE TO RE-FILE IN CASE NO. CR-11-0109-RMP * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motions to Expedite, *inter alia*, ECF No. 10, are **DENIED** as moot.

2. The Clerk of Court is **DIRECTED** to re-file Defendant Angel Vera Campos' Motions in cause number CR-11-0109-RMP.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and Plaintiff Angel Vera Campos.

**DATED** this 17th day of July, 2013.

s/Robert H. Whaley
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DENYING DEFENDANT'S MOTION TO EXPEDITE,** *INTER ALIA***, AS MOOT AND DIRECTING THE CLERK'S OFFICE TO RE-FILE IN CASE NO. CR-11-0109-RMP \* 2**

q:\rhw\acivil\2013\$23,850.00 u.s. currency\order deny pro se mxs.docx