UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$23,850.00 U.S. CURRENCY,<br><br>DAN WESSON FIREARMS, CHARLES DALY, HP 9 MM PISTOL, SN:  HPM0416,<br><br>and,<br><br>APPROXIMATELY 55 ROUNDS OF AMMUNITION,<br><br>　　　　Defendants. | No. CV-13-0079-RHW<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Before the Court is the Government's Motion to Dismiss the Civil Forfeiture Complaint. ECF No. 16. Plaintiff is represented by Assistant United States Attorney James A. Goecke. The Defendant claimant Angel Vera Campos is proceeding *pro se*. This matter was heard without oral argument.

The Government moves the court for an order dismissing the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2), with prejudice and with each party bearing its own costs, fees, and other expenses. ECF No 16 at 1. The Government asserts that this forfeiture action has been resolved pursuant to a plea agreement filed in the related criminal case, 2:11-CR-0109-RMP. *Id*. Further, the Government notes that it complied with the notice requirements in both the civil forfeiture process and the criminal forfeiture process. *Id*. at 2-3. Defendant has not

**ORDER GRANTING MOTION TO DISMISS ~ 1**

objected to the Government's request for dismissal. Based on the lack of objection, Fed. R. Civ. P. 41(a)(2), and the record, the Court finds the terms of the dismissal proper and grants the motion to dismiss the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss the Civil Forfeiture Complaint, **ECF No. 16**, is **GRANTED.**

2. The civil forfeiture action is dismissed with prejudice and each party shall bear their own costs, fees, and other expenses.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel and Defendant claimant Angel Vera Campos, and **close the file**.

**DATED** this 22nd day of June, 2015.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING MOTION TO DISMISS ~ 2**

q:\rhw\acivil\2013\$23,850.00 u.s. currency\ord.grant.dismissal.docx